UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:06-cr-470-T-30MAP |
| PHILLIP ROY GRANT, | : |
| Defendant. | : |

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the Hi-Point Model C9 Pistol, Serial Number P159712 and seven rounds of ammunition.

1. On June 7, 2007, defendant Phillip Roy Grant was sentenced, and property subject to forfeiture was included in the Judgment in a Criminal Case. (Doc. 32 and 33).

2. The only person or entity known to have an alleged interest in the subject property is Quintina Taylor.

3. On October 12, 2007, the United States sent a Notice of Forfeiture, Acknowledgment of Receipt of Notice of Forfeiture was sent via certified mail, return receipt requested, to the Quintina Taylor advising her of the forfeiture of the Hi-Point Model C9 Pistol, Serial Number P159712 and seven rounds of

ammunition found subject to forfeiture.  Ms. Taylor received the notice on October 12, 2007, she signed and returned the Acknowledgment of Receipt of Notice of Forfeiture on October 23, 2007.  She did not file a petition.

    4.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in *The Ledger* a newspaper of general circulation in Polk County, Florida on March 5, 2008, March 12, 2008 and March 19, 2008.  (Docs. 70 and 71).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

    5.    No persons or entities, other than the defendant Phillip Roy Grant, whose interest was forfeited to the United States, and Quintina Taylor is known to have an interest in the subject property.  To date, no third party, has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

    Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the Hi-Point Model C9 Pistol, Serial Number P159712 and seven rounds of ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853 for disposition according to law.  Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:  Anita M. Cream,  AUSA
            Attorney of Record

S:\Even\2006\06-cr-470.forfeiture.wpd

3